FILED
2017 Jan-31  PM 06:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DAVID HORTON,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.  5:16-CV-00923-CLS** |
| | ) | |
| **MORGAN COUNTY SHERIFF'S** | ) | |
| **DEPARTMENT et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY

**TAKE NOTICE** that upon the expiration of fifteen (15) days from the date of service of the notice, Plaintiff, David Horton, will apply to the Clerk of this Court for the issuance of the attached subpoena directed to Walmart, who is not a party and whose address is 11610 South Memorial Parkway, Huntsville, AL 35801, to produce the documents and things requested at the time and place specified in the subpoena.

Respectfully submitted this the 31st day of January, 2017.

*/s/ Thomas E. James*
Thomas E. James          (JAM 023)
LAW OFFICES OF TOMMY JAMES
*Attorney for Plaintiff*
4220 Cahaba Heights Court, Suite 204
Birmingham, AL  35243
(205) 259-1725
Tjameslaw1@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of January, 2017, I served a copy of the foregoing upon the following by electronic service or by placing a copy of same in the United States mail, postage prepaid and properly addressed.

/s/ Thomas E. James
Thomas E. James

James Kee
jk@keelawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

_____

DAVID HORTON,                           )
                                        )
  Plaintiff                             )
                                        )
  v.                                    )      CASE NO.  5:16-CV-00923-CLS
                                        )
MORGAN COUNTY SHERIFF'S   )
DEPARTMENT et al.,                      )
                                        )
  Defendants.                           )

---

## CIVIL SUBPOENA FOR PRODUCTION
## OF DOCUMENTS UNDER RULE 45

To:    Walmart Stores, Inc.
        Walmart Legal Department
        702 S.W. 8th Street
        Bentonville, Arkansas 72716


You are hereby commanded, at the request of Plaintiff, within fifteen (15) days after service of this subpoena, to produce and permit this party to inspect and copy each of the following documents:

### DEFINITIONS

In connection with this subpoena, the following definitions shall apply unless otherwise indicated:

A.      "Document" -- The term "document" herein referred to includes, but is not limited to, all instruments in writing, in printed form, typewritten form, longhand notations or writings, tape recordings, photographs, video tape recordings, manuals, guides, transcripts of recorded conversations, transcripts or oral statements, interoffice, intraoffice, interdepartmental or intradepartmental memoranda, notations to files, personal notes and records, logs, documents, books, chits, schedules, charge tickets, notes, calculations, contracts, work orders, agreements,

estimates, reports, statements, receipts, correspondence, material records, labor records, accounting records, invoices, photographs, diagrams, letters, analyses, checks, resolutions, directives, summaries, drawings, graphs, charts, data compilations, surveys, descriptions, rosters, information stored on computer disk, and all other writings and other physical things of every description and kind which are germane and material to the area of inquiry.

B.      "You" or "Your" -- The terms "you" or "your" includes any and all professionals engaged in practice under any agent or representative of Wal-Mart, and the individual who prepares and answers this subpoena for production of documents on behalf of Wal-Mart**.**

## DOCUMENT REQUEST

1.      Produce all documents reflecting and/or relating to  . . .

The production and inspection is to take place where the documents or things are regularly kept or at some other reasonable place designated by you.  You are further advised that other parties to the action in which this subpoena has been issued have the right to be present at the time of the production or inspection.

YOU MAY DELIVER OR MAIL LEGIBLE COPIES, OR ELECTRONIC COPIES, OF THE DOCUMENTS OR THINGS TO THE UNDERSIGNED COUNSEL FOR PLAINTIFF AT THE ADDRESS DESIGNATED BELOW, but you may condition such activity on your part upon the advance payment by the undersigned counsel for Plaintiff of the reasonable costs of the making of said copies.

You have the right to object at any time prior to the date set forth in this subpoena for compliance.  Should you choose to object, you should communicate the objection in writing to the party causing the issuance of this subpoena and state, with respect to any item to which objection is made, your reasons for making the objection.

This the 31st day of January, 2017.

/s/ Thomas E. James
Thomas E. James          (JAM 023)
LAW OFFICES OF TOMMY JAMES
*Attorney for Plaintiff*
4220 Cahaba Heights Court, Suite 204
Birmingham, AL  35243
(205) 259-1725
Tjameslaw1@gmail.com

**By:** _____
       **Deputy Clerk**

## RETURN ON SERVICE

       Executed by mailing/delivering a copy of the foregoing subpoena unto the party named therein, this the _____ day of _____, 2017.


                                        _____
                                        PROCESS SERVER

## ATTACHMENT A
### Requests for Production of Documents

1.  Any and all surveillance videos, in any format relating to the shooting incident that occurred at the Walmart located on 11610 South Memorial Parkway, Huntsville, AL 35801 on April 15, 2014.

2.  Any and all documents related to the shooting incident that occurred at the Walmart located on 11610 South Memorial Parkway, Huntsville, AL 35801 on April 15, 2014.